**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Tammy Asklund, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10358-DRH |
| *Yvette Anctil, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 12-cv-10931-DRH |
| *Julia Jensen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 11-cv-11151-DRH |
| *Sandra Merritt, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10519-DRH |
| *Priscilla Quackenbush, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 10-cv-10876-DRH |
| *Keylie Siler, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al* | No. 11-cv-10209-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the orders and stipulations entered to date, the above captioned matters are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> **BY:** __/s/*Caitlin Fischer*__
> **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.05.08
11:09:02 -05'00'

APPROVED:

> DISTRICT JUDGE
> U. S. DISTRICT COURT

2